IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01412-BNB

JOE LOUIE MENDOZA,

    Applicant,

v.

J. M. WINER, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 19 2009

GREGORY C. LANGHAM
    CLERK

---

ORDER VACATING JULY 30, 2009 ORDER AND DIRECTING RESPONDENT TO
FILE A PRELIMINARY RESPONSE

---

This matter is before the Court on Applicant's "Motion to Amend or Correct Motion Filed Under 28 U.S.C. § 2241" (Doc. # 6). Applicant, Joe Louie Mendoza, is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at FCI Florence. On June 17, 2009, he submitted a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and paid the $5.00 filing fee. In the Application, Mr. Mendoza complained that prison staff violated his procedural due process rights in connection with a disciplinary hearing. On July 30, 2009, the Court construed Applicant's § 2241 action as asserting civil rights claims pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), because Applicant did not assert or provide documentation that he lost good-conduct time as a result of the disciplinary hearing. In the instant Motion, Applicant now alleges that he lost forty-one days of good-conduct time, and states that he seeks restoration of this credit. Therefore, Applicant requests that he be allowed to proceed pursuant to §

2241, and requests that his Application be amended to reflect his loss of good-conduct time. The Motion will be GRANTED. The Court, therefore, will vacate the Order of July 30, 2009, instructing Applicant to file a Prisoner Complaint pursuant to *Bivens*, and will instead order the Respondent to file a Preliminary Response.

As part of the preliminary consideration of the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed on June 17, 2009, in this case and pursuant to *Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate. Respondent is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response. Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Applicant has filed raising the issues asserted in the Application, as well as any responses to those grievances. Applicant may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that Applicant's "Motion to Amend or Correct Motion Filed Under 28 U.S.C. § 2241" (Doc. # 6) is GRANTED to the extent that the Application will be amended to reflect the loss of forty-one hours of good-conduct time. It is

FURTHER ORDERED that the Court's July 30, 2009 Order construing the Applicant's § 2241 action as asserting civil rights claims pursuant to *Bivens* is VACATED. It is

FURTHER ORDERED that **within twenty (20) days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty (20) days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response.

DATED August 19, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01412-BNB

Joe Louie Mendoza
Reg No. 05776-010
FCI-Florence
P.O. Box 6000
Florence, CO 81226-6000

J.M. Wilner, Warden
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on J.M. Wilner; to The United States Attorney General; and to the United States Attorney's Office: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 6/17/09 on 8/19/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk