IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01412–MSK–KMT

JOE LOUIE MENDOZA,

      Applicant,

v.

J. M. WILNER, Warden

      Respondent.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Applicant's "Motion Requesting a Copy of Applicant's 28 USC [sic] § 2241 Motion" (#25, filed November 17, 2009) is GRANTED.  The Clerk of Court is directed to mail Applicant a copy of the "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (#2, filed June 17, 2009).  No further copies of any documents will be provided by the Court.

Dated: November 19, 2009